# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **LONG TIMER'S GROUP, INC.,** ) <br> **NADIM HAQUE** AND **TYSON** ) <br> **ANDREWS,** ) <br>       **PLAINTIFFS** ) <br> ) <br> v. ) <br> ) <br> **MARTIN A. MAGNUSSON,** *in his* ) <br> *capacity as Commissioner of the Maine* ) <br> *Department of Corrections,* ET AL., ) <br> ) <br>       **DEFENDANTS** ) | **CIVIL NO. 08-305-P-H** |

## ORDER

In my November 12, 2009 Order I noted that the plaintiff Long Timer's Group, Inc. is a corporation and that under First Circuit law a corporation cannot appear in federal court without a lawyer. See Instituto de Education Universal Corp. v. United States Dep't of Educ., 209 F.3d 18, 22 (1st Cir. 2000); In re Las Colinas Dev. Corp., 585 F.2d 7, 13 (1st Cir. 1978); J.J.R. Distributing Corp. v. Sandler Bros., 2009 WL 2562669 n.16 (D. Me.).  I gave the Long Timer's Group, Inc. until November 30, 2009 to obtain a lawyer.  Since the plaintiffs have failed to respond within the allotted time to my November 12, 2009, Order concerning the corporation's ability to proceed without a lawyer and unsealing of filings, it is now **ORDERED**:

    1.    The sealed materials shall be unsealed; and

2. Long Timer's Group, Inc. is **DISMISSED** as a party plaintiff.

**SO ORDERED.**

**DATED THIS 1ST DAY OF DECEMBER, 2009**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**